UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE:<br>    Michael Anthony Booze<br><br>                        Debtor<br><br>Address: 613 Addams St<br>          Covington, VA 24426<br><br>Last 4 digits of SSN: xxx-xx-5293 | )  Chapter 13<br>)<br>)  Bankruptcy Case No.:<br>)<br>)  <u>22-50472</u><br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED OBJECTION TO CLAIM

1. The Debtor filed a chapter 13 bankruptcy petition on October 24, 2022.

2. A proof of claim was filed on behalf of Quantum3 Group LLC as agent for Cognical Holdings Inc. on November 1, 2022.

3. The claim number is 3.

4. The amount of the claim is $1,678.88.

5. The claim was filed as secured, with the security listed as "household goods" but which is more particularly described as a lease of tires.

6. On November 10, 2022, the claim was amended from secured to unsecured.

7. The supporting documentation fails to provide any signature of the Debtor agreeing to the charges, and Debtor denies that he has ever leased tires, and that the debt is entirely unknown to him.

8. The claim was filed without sufficient documentation to determine the validity of the claim.

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustains the objection, disallowing the claim of $1,678.88, or makes other determination as is appropriate.

Respectfully submitted,
Michael Anthony Booze


By: /s/ Darren Delafield
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
|     Michael Anthony Booze ) | |
| ) | Bankruptcy Case No.: |
|                    Debtor ) | |
| ) | 22-50472 |
| Address: 613 Addams St ) | |
|         Covington, VA 24426 ) | |
| ) | |
| Last 4 digits of SSN: xxx-xx-5293 ) | |
| ) | |

SECOND AMENDED NOTICE OF OBJECTION TO CLAIM

Michael Anthony Booze has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then on or before March 16, 2023, you or your lawyer must file with the Court a written response to the objection, explaining your position, at:

> Clerk, U.S. Bankruptcy Court
> 116 N. Main Street
> Room 223
> Harrisonburg, VA 22802

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also send a copy to Darren Delafield at 4311 Williamson Rd NW, Roanoke, VA 24012.

Attend the hearing on the objection, scheduled to be held on March 23, 2023, at 9:30 a.m. before Judge Connelly. All parties to connect using video conference instructions on the court website.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: February 9, 2023　　　　　　　　　Signature: /s/ Darren Delafield

**AMENDED CERTIFICATE OF SERVICE**

     I, Darren T. Delafield, certify that I mailed a true copy of the foregoing Amended Objection and Second Amended Notice of Objection to Claim to:

        Rui Pinto-Cardoso, CEO
        Quantum3 Group, LLC
        P. O. Box 788
        Kirkland, WA 98083-0788

on this 9th day of February, 2023 via first class, postage prepaid U. S. Postal Service mail.

        /s/Darren Delafield
        Darren Delafield

Darren T. Delafield, Esq. (VSB No.: 35981)
4311 Williamson Rd NW
Roanoke, VA 24012
Phone (540) 366-8665
Fax (540) 366-8663
darren@delafieldlawfirm.com